**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

## THE STATE OF SOUTH CAROLINA
### In The Court of Appeals

South Carolina Department of Social Services,
Respondent,

v.

Lacy M., L.C. H., Terrell M., and Van (last name
unknown), Respondents,

Of whom Terrell M. is the Appellant,

In the interest of minor children under the age of 18
years.

Appellate Case No. 2012-212637

———————————

Appeal From Spartanburg County
James F. Fraley, Jr., Family Court Judge

———————————

Unpublished Opinion No. 2012-UP-671
Submitted December 3, 2012 – Filed December 13, 2012

———————————

**AFFIRMED**

———————————

Kelly Nicole Lee and Anna Hamilton, both of Nelson
Mullins Riley & Scarborough, LLP, of Greenville, for
Appellant.

Deborah Murdock, of Murdock Law Firm, LLC, of Mauldin, for Respondent.

Todd Thigpen, of Law Office of Michael Todd Thigpen, of Spartanburg, for the Guardian ad Litem.

------------

**PER CURIAM:**  Terrell M. appeals the family court's final order terminating his parental rights to his minor children.  *See* S.C. Code Ann. § 63-7-2570 (2010 & Supp. 2011).  Upon a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex Parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing.  Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**SHORT, KONDUROS, and LOCKEMY, JJ., concur.**

------------

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.